United States District Court
Southern District of Texas

**ENTERED**

October 07, 2024

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **HORACIO CANTU VELA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:24-CV-00149** |
| | § | |
| **BOBBY LUMPKIN** | § | |
| | § | |
| **Defendant.** | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the September 12, 2024, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Juan F. Alanis. (Dkt. No. 10). Judge Alanis made findings and conclusions regarding Plaintiff's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Amended Complaint/Counterclaim/Crossclaim, (Dkt. No. 6), and—based on Vela's letter stating that Vela does not want to continue with the instant case, (Dkt. No. 9)—recommended that Plaintiff's action be dismissed without prejudice.

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1)     Judge Alanis's M&R, (Dkt. No. 10), is **ACCEPTED** and **ADOPTED** in its

entirety as the holding of the Court; and

(2)    This action filed by Petitioner Horacio Cantu Vela is **DISMISSED WITHOUT PREJUDICE**.

It is SO ORDERED.

Signed on October 7, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**

2